THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 
 Mykel Rasheed Watkins, Appellant.
 
 
 

Appeal from Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2012-UP-268
 Submitted April 2, 2012  Filed May 2,
2012    

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Robert M. Dudek
 and Appellate Defender Tristan M. Shaffer, both of Columbia; and Mykel Rasheed
 Watkins, pro se, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Barry J. Barnette, of Spartanburg,
 for Respondent.
 
 
 

PER CURIAM:  Mykel Rasheed Watkins appeals his conviction of armed
 robbery, arguing the trial court erred in allowing the solicitor to comment on
 and argue to the jury that it should draw an adverse inference from Watkins's
 failure to call certain witnesses to establish his alibi defense.  Additionally,
 Watkins filed a pro se brief.  After a thorough
 review of the record and briefs pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.